# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MARSHALL R. WALTER, | : | PRISONER CIVIL RIGHTS |
|     Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| KEMUEL KIMBROUGH, Sheriff, | : | CIVIL ACTION NO. |
| Clayton County, Georgia, | : | 1:11-CV-1877-TWT-JFK |
|     Defendant. | : | |

## MAGISTRATE JUDGE'S FINAL
## REPORT AND RECOMMENDATION

The matter is before the Court because mail addressed to Plaintiff at his address of record has been returned as undeliverable. Under Local Rule 41.2 C., "[t]he failure . . . of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal of the action without prejudice . . . ." As the Court has no information regarding Plaintiff's whereabouts, it is **RECOMMENDED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.2.

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this 9th day of November, 2011.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

2