IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARSHALL R. WALTER,
   Plaintiff,
     v.

KEMUEL KIMBROUGH
Sheriff, Clayton County, Georgia,
   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-1877-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED for want of prosecution.

SO ORDERED, this 19 day of December, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Walter\r&r.wpd